UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL JAMES EDWARDS, | ) | NO. EDCV 08-1558-PA(CT) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| F. GONZALES, Warden, et al., | ) | |
| Respondents. | ) | |

IT IS HEREBY ADJUDGED that the petition is dismissed without prejudice.

DATED: November 18, 2008

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE